IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DIRECTV, INC.                                                               PLAINTIFF

v.                                        NO. 3:03CV00283 GTE

DAVID SHUTT                                                               DEFENDANT

## **DEFAULT JUDGMENT**

On April 11, 2005, the Plaintiff filed its Motion for Default Judgment against the Defendant David Shutt. The file reflects that Mr. Shutt was served with a copy of the summons and complaint on October 14, 2003. The Defendant Shutt has failed to answer or otherwise respond to the complaint. The Clerk's Default was entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure on April 11, 2005.

The Plaintiff has submitted its Affidavit of Mr. Reed Edwards in support of damages sought by the Plaintiff. Plaintiff asks that it be awarded statutory damages in the amount of $10,000.00 plus cost in the amount of $100.00, attorneys' fees in the amount of $250.00 and post judgment interest. It further requests that Mr. Shutt be permanently enjoined from committing, or assisting in the commission of, any violation of 47 U.S.C. § 605 or 18 U.S.C. § 2511. The Court finds and concludes that the Plaintiff is entitled to such relief.

IT IS THEREFORE CONSIDERED AND ORDERED that Judgment be entered in favor of the Plaintiff, for statutory damages in the amount of $10,000.00, its costs in the amount of $100.00, and attorneys' fees in the amount of $250.00, for a total of $10,350.00 together with post-judgment interest.

The Defendant, Mr. David Shutt is hereby permanently enjoined from committing any

violation of 47 U.S.C. § 605 or 18 U.S.C. § 2511 or aiding or assisting others in such commissions.

      IT IS FURTHER ORDERED that the Complaint, be and it is hereby dismissed in its entirety.

      Dated this 31st day of August, 2005.

      _/s/Garnett Thomas Eisele_____
      UNITED STATES DISTRICT JUDGE