# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

DIRECTV, INC.

vs.                                          NO.   3:03CV00283 GTE

DAVID SHUTT

## ORDER OF DISMISSAL

Pursuant to the Notice filed by Plaintiff this action should be dismissed,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed without prejudice.

DATED this 26th day of September, 2005.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE